**Relief is granted pursuant to Section 362(c)(4)(A)(i).**

**Entered on Docket
March 18, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-70731

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-11543-bam |
|---|---|
| Howard David Taylor | ORDER RE EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 362 (4) (A) (i) |
| | Date: |
| | Time: |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 3106 Meadow Flower Ave., North Las Vegas, NV 89031, and legally described as follows:

> LOT TWENTY-ONE (21) OF SUNFLOWER UNIT 2 SUBDIVISION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 88 OF PLATS, PAGE 63, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**IT IS SO ORDERED**

Submitted by:

**WILDE & ASSOCIATES**

By: ___/s/Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107